1  KELLI L. SAGER (State Bar No. 120162)
     kellisager@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa Street, Suite 2400
3  Los Angeles, California 90017-2566
   Telephone:  (213) 633-6800
4  Facsimile:   (213) 633-6899

5  EDWARD J. DAVIS (*admitted pro hac vice*)
     eddwarddavis@dwt.com
6  SAMUEL M. BAYARD (*admitted pro hac vice*)
     samuelbayard@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   1633 Broadway, 27th Floor
8  New York, New York 10019
   Telephone:  (212) 489-8230
9  Facsimile:   (212) 489-8340

10 Attorneys for Defendants
   MARTHA STEWART,
11 MARTHA STEWART LIVING OMNIMEDIA, INC.,
   WILTON BRANDS INC. (incorrectly sued as WILTON PRODUCTS, INC.),
12 MICHAELS STORES, INC., AND
   CINMAR, LLC (incorrectly sued as CORNERSTONE BRANDS, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMPIRE VINEYARDS and MICHAEL MACHAT,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MARTHA STEWART, MARTHA STEWART LIVING OMNIMEDIA, INC., MEREDITH CORPORATION, WILTON PRODUCTS, INC., MICHAELS STORES, INC., JO-ANN STORES, INC., CORNERSTONE BRANDS, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. **10-6650-DMG (JCGx)**<br><br>**ORDER RE STIPULATED DISMISSAL WITH PREJUDICE [21] JS-6**<br><br>Assigned to the Hon. Dolly M. Gee<br>Action Filed:  September 7, 2010 |

1    Having reviewed the parties' Stipulated Dismissal with Prejudice, and good
2  cause appearing therefor,
3    IT IS HEREBY ORDERED that this action shall be dismissed in its entirety
4  with prejudice; and each side shall bear its own costs.

6  DATED:  December 8, 2010                _____
                                            Hon. Dolly M. Gee
7                                           United States District Judge

[PROPOSED] ORDER
DWT 16049861v1 0064238-000025

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899